

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| C&C ROAD CONSTRUCTION, INC., | § | |
| Appellant/Cross-Appellee, | § | No. 08-17-00056-CV |
| v. | § | Appeal from the |
| | § | County Court at Law Number Six |
| SAAB SITE CONTRACTORS, L.P., | § | of El Paso County, Texas |
| Appellee/Cross-Appellant. | § | (TC# 2014DCV2960) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in that part of the judgment denying Appellee/Cross-Appellant's appellate attorney's fees. We therefore reverse that portion of the judgment denying appellate attorney's fees, and remand for a new trial limited to the issue of Appellee/Cross-Appellant's appellate attorney's fees.

The remainder of the judgment is affirmed, in accordance with the opinion of this Court. We further order that Appellee/Cross-Appellant recover from Appellant/Cross-Appellee and its sureties, if any, for performance on the judgment and all costs, both in this Court and the court below, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF MARCH, 2019.

GINA M. PALAFOX, Justice

Before Rodriguez, J., Palafox, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment